# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **ABDIEL IRRIZARRY-CRUZ, <u>ET AL.</u>**<br><br>  Plaintiffs,<br><br>  v.<br><br>**IPR PHARMACEUTICAL, INC.**<br><br>  Defendant. | **CIVIL NO. 15-1334 (PAD)** |

## JUDGMENT

In accordance with the Order issued today (Docket No. 71), judgment is hereby entered dismissing plaintiffs' claims with prejudice, without the imposition of costs or attorney's fees.

This case is now closed for statistical purposes.

**SO ORDERED.**

In San Juan, Puerto Rico, this 28th day of April, 2017.

<u>s/Pedro A. Delgado-Hernández</u>
PEDRO A. DELGADO-HERNÁNDEZ
United States District Judge